PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUANGYU ZHANG,<br><br>            Plaintiff,<br><br>v.<br><br>DANIELLE LEHMAN,[1] Director, United States Citizenship and Immigration Services San Francisco Asylum Office,<br><br>            Defendant. | C 3:24-cv-02673 JCS<br><br>**PARTIES' STIPULATION TO DISMISS** |

      Plaintiff and Defendant hereby stipulate to dismissal of the above-entitled action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each of the parties shall bear their own costs and fees.

///

///

---

[1] Danielle Lehman is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stip to Dismiss
C 3:24-cv-02673 JCS                      1

| | |
|---|---|
| Dated: March 19, 2025 | Respectfully submitted,[2]<br><br>PATRICK D. ROBBINS<br>Acting United States Attorney<br><br> /s/ Elizabeth D. Kurlan<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendant |
| Dated: March 17, 2025 | /s/ Guangyu Zhang<br>GUANGYU ZHANG<br>*Pro Se* |
| Dated: March 20, 2025 | IT IS SO ORDERED<br>Judge Joseph C. Spero |

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip to Dismiss
C 3:24-cv-02673 JCS                              2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document:

**Parties' Stipulation to Dismiss**

to be served by FIRST CLASS MAIL upon the party at the address stated below, which is the last known address:

Guangyu Zhang
252 Parque Drive
San Francisco, CA  94134

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 19, 2025

TIFFANI CHIU
Paralegal Specialist

Stip to Dismiss
C 3:24-cv-02673 JCS                                        3